Form noppres2

## UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

In Re:     Rhoda Y. Barber
            Debtor

Case No.: 5:19−bk−11450
Chapter: 7
Judge: Richard D. Taylor

NOTICE OF OPPORTUNITY TO RESPOND FOR FAILURE TO APPEAR AT 341a

Now before the Court for review are the files and records in this Chapter 7 case filed under Title 11 on 3/18/19.

The records reveal the debtor(s) failed to:

**Appear at the scheduled 341(a) Meetings of Creditors**

Pursuant to 11 U.S.C. § 105(a) and Bankruptcy Rule 1007, the debtor and/or counsel for the debtor are hereby directed to cure the deficiencies stated above or show cause in writing, and file with the Court any reason why this case should not be dismissed for failure to comply with the request of the Bankruptcy Code and Rules.

Any party in interest who objects to the dismissal of this case shall file a written objection within the time stated herein, and serve a copy thereof to the case trustee.

FAILURE TO CURE THE DEFICIENCIES STATED ABOVE OR TO FILE A RESPONSE OR OBJECTION IN WRITING WITHIN TWENTY−ONE (21) DAYS OF ENTRY OF THIS NOTICE WILL RESULT IN DISMISSAL OF THIS CASE WITHOUT FURTHER NOTICE.

NO HEARING SHALL BE HELD UNLESS REQUESTED. IF A RESPONSE TO THIS NOTICE IS FILED, THE COURT MAY SET THE MATTER FOR HEARING BY SUBSEQUENT NOTICE.

Dated: 6/10/19

Jean Rolfs, Clerk