# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0860−5 | User: michelle | Date Created: 6/10/2019 |
| Case: 5:19−bk−11450 | Form ID: noppres2 | Total: 19 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov |
| tr | Renee S. Williams | rwilliamstrustee@gmail.com |
| aty | Christopher K. Baxter | ARMS−BK@mlg−defaultlaw.com |
| aty | G Gregory Niblock | niblockfiling@gmail.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Rhoda Y. Barber | 1801 W. 33rd Ave   Pine Bluff, AR 71603 |
| 6346492 | AR Commissioner of State Lands | 109 State Capitol   Little Rock, AR 72201 |
| 6346493 | Asset Acceptance | PO Box 2036   Warren, MI 48090 |
| 6346494 | Bank of America Home Loans | PO Box 31785   Tampa, FL 33631 |
| 6384984 | Bank of America, N.A. | PO BOX 31785   Tampa, FL 33631−3785 |
| 6346495 | DirecTV | PO Box 6550   Greenwood Village, CO 80155 |
| 6382178 | Directv, LLC by American InfoSource as agent | 4515 N Santa Fe Ave   Oklahoma City, OK 73118 |
| 6346497 | IRS | PO Box 7346   Philadelphia, PA 19114 |
| 6349087 | LVNV Funding, LLC | Resurgent Capital Services   PO Box 10587   Greenville, SC 29603−0587 |
| 6346498 | Portfolio Recovery Associates | Attn: Bankruptcy   PO Box 41067   Norfolk, VA 23541 |
| 6382433 | Portfolio Recovery Associates, LLC | POB 41067   Norfolk, VA 23541 |
| 6346499 | Resurgent Capital Services | PO Box 288   Greenville, SC 29603 |
| 6346500 | Southwestern Bell Telephone Co | AT&T Services, Inc.   One AT&T Way   Room 3A218   Bedminster, NJ 07921 |
| 6346501 | Sprint Nextel Correspondence | Attn: Bankruptcy Dept   PO Box 7949   Overland Park, KS 66207−0949 |
| 6346496 | eCast Settlement Corporation | PO Box 29262   New York, NY 10087 |

TOTAL: 15